IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
By _____
　　　　Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:11-CR-250-M (33) |
| | ) | |
| RICHARD LEON DEWITT | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

RICHARD LEON DEWITT, by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea

of guilty to Count(s) 1 of the third superseding Indictment. After cautioning and examining

RICHARD LEON DEWITT under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty, and the plea agreement be accepted, and that

RICHARD LEON DEWITT be adjudged guilty and have sentence imposed accordingly.

Date:   July 24, 2012

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).